To: United States District Court  2/9/2023

From: Plaintiff/Kellen John Clarke

Case # : 2:23-CV-00780-ODW-MRW

FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

I am respectfully motioning the court for the removal of Magistrate Judge Michael R Wilner as my presiding judge and that a magistrate judge not be assigned to my case. Thank you.

Respectfully,

Kellen J Clarke



UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA
255 E. TEMPLE STREET
LOS ANGELES, CA. 90012

Kellen J Clarke
5401 Capistrano Avenue
Atascadero, California 93422