# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-780 ODW (MRW) | Date | March 1, 2023 |
|---|---|---|---|
| Title | Clarke v. Parkinson | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| James Muñoz | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**   ORDER RE: FILING FEES

   1.   This is a pro se civil action. When Plaintiff filed the lawsuit, the Court received neither payment of the required filing fees nor an application for in forma pauperis status. (Docket # 2.) The Court's order noted that failure to either will lead to the dismissal of the case.

   2.   Plaintiff recently e-mailed the Court staff. He explained that he needed more time to document his contention that he did pay the fees by money order when he filed the lawsuit.

   3.   The request is GRANTED. Plaintiff will have until April 7 to demonstrate payment of the fees or to file a legitimate request for IFP status. All further communications with the Court and its staff must be by traditional filings unless initiated by the Court; no more e-mails.