FILED
CLERK, U.S. DISTRICT COURT
4/4/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jm DEPUTY

Name: Kellen John Clarke

Address: 5401 Capistrano Avenue

Atascadero, California 93422

Phone: 805-464-1863

Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kellen John Clarke

Plaintiff

v.

Sheriff Ian Parkinson, Wellpath LLC. at the San Luis Obispo County Jail, Doctor Kushdi Cader, et.

Defendant(s).

CASE NUMBER:

2:23-CV-00780-ODW-MRW

**Request for Service**

I am respectfully requesting the courts to have the United States Marshall's Office serve all defendant's in the COMPLAINT FOR VIOLATION OF CIVIL RIGHTS #2:23-CV-00780-ODW-MRW.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28