FILED
CLERK, U.S. DISTRICT COURT

4/10/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

Name: Kellen John Clarke

Address: 5401 Capistrano Avenue

Atascadero, California 93422

Phone: 805-464-1863

Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kellen John Clarke<br><br>Plaintiff<br><br>v.<br><br>Sheriff Ian Parkinson, Wellpath LLC. at the San Luis Obispo County Jail, Doctor Kushdi Cader, et.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-CV-00780-ODW-MRW<br><br>**REQUEST FOR EXTENSION TO**<br><br>**FILE AMENDED COMPLAINT** |

   I am respectfully requesting the courts for an extension of time to amend the COMPLAINT FOR VIOLATION OF CIVIL RIGHTS   #2:23-CV-00780-ODW-MRW.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV-127 (09-09)                    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**