# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-780 ODW (MRW) | Date | April 11, 2023 |
|---|---|---|---|
| Title | Clarke v. Parkinson | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     ORDER RE: EXTENSION REQUEST

    1.    Plaintiff filed an incomplete request for an extension of time to amend his defective complaint. (Docket # 9.) The request identified no legitimate reason why more time is needed. Additionally, the second page of the document was blank and unsigned as filed with the Court. The request is therefore DENIED without prejudice to resubmission in correct format.

    2.    Plaintiff also requests that the original complaint be served on his behalf. (Docket # 8.) Two problems. First, the complaint was dismissed for a variety of legal issues. Service is not warranted. Second, Plaintiff paid the filing fee in full and does not have in forma pauperis status in this action. As a result, he is not entitled to have the U.S. Marshals Service serve any document on his behalf. 28 U.S.C. § 1915.

    3.    If any version of the complaint is deemed appropriate to serve on a party, Plaintiff will have to arrange proper service by a third party pursuant to Federal Rule of Civil Procedure 4 at his own expense. The request is DENIED.