FILED
CLERK, U.S. DISTRICT COURT
4/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: jm DEPUTY

Name: Kellen John Clarke

Address: 5401 Capistrano Avenue

Atascadero, California 93422

Phone: 805-464-1863

Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Kellen John Clarke | CASE NUMBER: |
|---|---|
| Plaintiff | 2:23-CV-00780-ODW-MRW |
| v. | |
| Judge Michael Wilner | **Reporting a United States Magistrate Judge for Violations of ADA Statutes** |
| Defendant(s). | |

   I am submitting all documentation to the appropriate Federal Authorities pertaining Judge Michael Wilner's violations of ADA Statutes pertaining to the inappropriate judicial behavior towards a disabled individual.

Respectfully,

*Kellen J Clarke*

Kellen John Clarke

CV-127 (09/09)            **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV-127 (09-09)    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**